UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GUADALUPE GARCIA,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE,<br><br>    Respondent. | Case No. CV 2:10-08210-VBF-SP<br><br>**ORDER**<br><br>**Overruling Petitioner's Objections**<br><br>**Adopting Report & Recommendation**<br><br>**Denying the Habeas Corpus Petition**<br><br>**Declining to Issue a Certificate of Appealability** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the habeas corpus petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected.

Petitioner's objection [Doc #51] is overruled.

The Report and Recommendation **[Doc #43] is ADOPTED**.

The habeas corpus petition is **DENIED** for lack of merit.

The Court **DECLINES** to issue a certificate of appealability.

**This action is dismissed with prejudice.**

1   As required by Fed. R. Civ. P. 58(a)(1), the Court will enter judgment by separate document.[1]

2   Said judgment will be final, but it will not be appealable until and unless petitioner obtains a

3   certificate of appealability from the U.S. Court of Appeals for the Ninth Circuit.[2]

DATED: June 20, 2014

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

---

[1]

*See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013). "'To comply with Rule 58, an order must (1) be self-contained and separate from the opinion; (2) note the relief granted; and (3) omit or substantially omit the district court's reasons for disposing of the claims.'" *Elkins v. Foulkes*, 2014 WL 2615732, *14 n.4 (C.D. Cal. June 12, 2014) (quoting *Daley v. U.S. Attorney's Office*, 538 F. App'x 142, 143 (3d Cir. 2013) (per curiam) (citation omitted)).

[2]

*See Muth v. Fondren*, 676 F.3d 815, 822 (9th Cir.) (citing 28 U.S.C. § 2253(c)(1)(B)), *cert. denied*, – U.S. –, 133 S. Ct. 292 (2012). "Likewise, FED. R. APP. P. 22(b)(1) provides in pertinent part that 'if the district judge has denied the certificate, the applicant may request a circuit judge to issue the certificate.'" *Elkins*, 2014 WL 2615732, *14 n.5 (quoting Rule and citing *Silva v. Woodford*, 279 F.3d 825, 832 (9th Cir. 2002)).