**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CESAR GUADALUPE GARCIA,** **Petitioner,** v. MATTHEW CATE, Respondent. | **NO. LA CV 10-08210-VBF-SP** RULE 58 FINAL JUDGMENT |

Pursuant to the Court's Opinion and Order issued this same date, final judgment is entered in favor of the respondent and against petitioner Cesar Guadalupe Garcia.

DATED: June 20, 2014

Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE